William Anderson by Christ Anderson, appellee, v. Samuel C. Kyle, appellant.    Gen. No. 25,924.
Action by a minor, by his next friend, for personal injuries received in a collision between his bicycle and defendant's automobile. Judgment for plaintiff.   Appeal from the Municipal Court of Chicago; the Hon. Hosea W. Wells, Judge, presiding.   Heard in the Branch Appellate Court at the March term, 1920.   Affirmed.   Taylor, J., dissenting.   Opinion filed November 2, 1921.   Rehearing denied November 15, 1921.

Bulkley, More & Tallmadge, for appellant. William Karr Steele, for appellee.

Mr. Presiding Justice O'Connor delivered the opinion of the court.